JS-6

FILED
CLERK, U.S. DISTRICT COURT

January 29, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY:_____VPC_____DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>AUTOSPORTS EUROPEAN, INC., a California Corporation, et al.<br><br>     Defendants. | Case No.: 2:14-cv-07961 SJO (PJWx)<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANT INOVIT, INC., A CALIFORNIA CORPORATION, AND DISMISSAL OF ENTIRE ACTION**<br><br>**Hon. S. James Otero** |

## PERMANENT INJUNCTION AND DISMISSAL

The Court, pursuant to the Stipulation for Entry of Permanent Injunction and Dismissal ("Stipulation"), by and between Plaintiffs BMW OF NORTH AMERICA, LLC ("BMW NA"), and BAYERISCHE MOTOREN WERKE AG ("BMW AG") (collectively "Plaintiffs"), and Defendant INOVIT, INC. ("Defendant") filed concurrently herewith, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendant in the above-referenced matter as follows:

- 1 -
**[PROPOSED]  PERMANENT INJUNCTION AND DISMISSAL**

1        1.    **<u>PERMANENT INJUNCTION.</u>**  Defendant and any person or entity
2    acting in concert with, or at the direction of Defendant, including any and all
3    agents, servants, employees, partners, assignees, distributors, suppliers, resellers
4    and any others over which Defendant may exercise control, are hereby restrained
5    and enjoined, pursuant to 15 United States Code ("U.S.C.") §1116(a) and 35
6    U.S.C. §283, from engaging in, directly or indirectly, or authorizing or assisting
7    any third party to engage in, any of the following activities in the United States
8    and throughout the world:

9        i.    copying, manufacturing, importing, exporting, purchasing,
10   marketing, selling, offering for sale, distributing or dealing in any product or
11   service that uses any of BMW's intellectual properties, including but not limited
12   to, BMW®, M® and/or MINI® trademarks and/or design patents D493,404,
13   D499,681, D504,382, D515,491, D516,989, D526,948, D551,149, D558,114,
14   D560,585, D584,210, D597,015, D593,022, D615,018 C1, D635,078, D643,794,
15   D660,771, D671,473, D671,477, and D675,144 (collectively hereinafter "BMW's
16   Intellectual Properties"), and/or any intellectual property that is confusingly or
17   substantially similar to, or that constitutes a colorable imitation of, any BMW
18   Intellectual Properties, as any trademark, service mark, trade name, logo, or
19   design;

20       ii.    advertising or displaying images and/or photographs of non-
21   genuine BMW automobile wheel rims with a BMW®, M® and/or MINI® center
22   cap or badge;

23       iii.    advertising or selling non-genuine BMW automobile rims,
24   center caps, or badges;

25       iv.    using BMW Intellectual Properties, including but not limited
26   to the BMW®, M® and MINI® trademarks in advertising to suggest that non-
27   genuine BMW products being advertised are sponsored by, endorsed by, or are
28   otherwise affiliated with BMW and/or advertising non-genuine BMW automobile

**[PROPOSED]  PERMANENT INJUNCTION AND DISMISSAL**

1  wheel rims and other non-genuine BMW automotive parts using descriptions that

2  imply that the products are genuine BMW products;

3  v.  using, advertising or displaying BMW's trademarks, including

4  but not limited to BMW®-, M®- or MINI®-trademarks, to suggest that non-

5  genuine BMW products being advertised are manufactured, sponsored or

6  endorsed by BMW or advertising non-genuine BMW automobile parts or related

7  products using descriptions that imply the products are genuine BMW products.

8  Defendant may, however, use "BMW," "MINI," or other BMW wordmarks to

9  advertise non-BMW products with fair use descriptions such as 'for BMW

10  automobiles' or 'fits BMW model _____,' or similar language, provided that

11  "BMW" and any other BMW wordmarks that are used are in the identical font,

12  format, size, and color as, and no more prominently displayed than the

13  surrounding text.  In no event may any BMW logos, design marks, or other

14  graphical trademarks be used under this exception; and

15  vi.  performing or allowing others employed by or representing

16  Defendant, or under Defendant's control, to perform any act or thing which is

17  reasonably likely to disparage Plaintiffs, any BMW Intellectual Properties,

18  including but not limited to the BMW®, M® and MINI® trademarks and/or

19  Plaintiffs' design patents, and/or Plaintiffs' business reputation or goodwill,

20  including making disparaging, negative, or critical comments regarding Plaintiffs

21  or their products and services.

22  2.  **FORFEITURE.**  Defendant is ordered to deliver immediately for

23  destruction all allegedly infringing or otherwise unauthorized products, including

24  automobile wheel rims, center caps, emblems, badges, labels, signs, prints,

25  packages, wrappers, receptacles and advertisements relating thereto, in its

26  possession and/or under its control embodying, comprised, utilizing and/or

27  bearing any BMW Intellectual Properties, or any simulation, reproduction,

28  counterfeit, copy or colorable imitations thereof, and all plates, molds, heat

**[PROPOSED]  PERMANENT INJUNCTION AND DISMISSAL**

1  transfers, screens, matrices and other means of making the same, to the extent that

2  any of these items are in Defendant's possession.

3      3.    **ENTRY & SERVICE.**  The Court finds there is no just reason for

4  delay in entering this Permanent Injunction against Defendant, and, pursuant to

5  Federal Rule of Civil Procedure 54(a), the Court directs immediate entry of this

6  Permanent Injunction against Defendant. This Permanent Injunction shall be

7  deemed to have been served upon Defendant at the time of its execution by the

8  Court.

9      4.    **NO APPEALS AND CONTINUING JURISDICTION.**    No

10  appeals shall be taken from this Permanent Injunction, and the parties waive all

11  rights to appeal.  This Court expressly retains jurisdiction over this matter to

12  enforce any violation of the terms of this Permanent Injunction by Defendant.

13      5.    **NO FEES AND COSTS.**  Plaintiffs and Defendant shall each bear

14  their own attorneys' fees and costs incurred in this matter.

15      6.    **DISMISSAL OF ENTIRE ACTION.**    Upon entry of this

16  Permanent Injunction against Defendant, the case shall be dismissed in its entirety.

17

18      IT IS SO ORDERED, ADJUDICATED and DECREED this __29th____

19  day of January, 2016.

20

21  _____

22                  HON. S. JAMES OTERO
                    District Court Judge of the United States
23                  Central District of California

24

25

26

27

28

[PROPOSED]  PERMANENT INJUNCTION AND DISMISSAL